In the Matter of ESTHER R. HALPERN et al., Respondents, against THOMAS W. WHITTLE et al., Composing the Board of Assessors of the City of New York, et al., Appellants.

Argued April 20, 1937; decided May 25, 1937.

*Paul Windels*, *Corporation Counsel* (*Paxton Blair* and *Alfred D. Jahr* of counsel), for appellants.

*Joseph B. Kenny*, *Harry B. Chambers*, *Harry H. Chambers* and *Maurice Janklow* for respondents.

Order affirmed, with costs. First question certified answered in the negative, and second question certified answered in the affirmative. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and RIPPEY, JJ. Taking no part: FINCH, J.